IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No.: 3:07-1014-JFA |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SHENTNA SUMTER | ) | |
| | ) | |
| _____ | ) | |

The defendant, Shentna Sumter, was convicted after a jury trial. At sentencing, the defendant's offense level was 30, and with a criminal history category of I, this yielded a sentencing guideline range of 120 to 121 months. The court sentenced the defendant to a custodial term of 120 months.

The government has now filed a motion for a reduction of sentence pursuant to Rule 35(b)(2) of the Federal Rules of Criminal Procedure. Specifically, the government suggests that the defendant has provided unrewarded substantial assistance in the investigation and prosecution of other individuals. In connection with its motion, the government recommends a three-level reduction in Sumter's total offense level.

Consistent with its standard practice, this court advised the defendant that the government's motion to reduce her sentence had been filed and invited her to provide information that the court might consider in determining the extent of the departure. The defendant has responded and advised the court that she is successfully studying to earn a degree in business management.

1

After carefully reviewing the materials submitted by the government and the defendant, this court is of the opinion that a reduction of 3 levels is appropriate in this case. Therefore, the defendant's new offense level is 27 and the criminal history category remains at I, yielding an advisory sentencing range of 70 to 87 months imprisonment.

Accordingly, the government's motion for a reduction of sentence is hereby granted. The custodial portion of the defendant's sentence is hereby reduced to a term of 70 months. All other aspects of the original sentence remain in full force.

IT IS SO ORDERED.

March 6, 2012  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge