UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. No.: 3:07-1014-JFA |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JONATHAN MCCAMPBELL | ) | |
| _____ | ) | |

The defendant has filed a *pro se* "Motion to Modify or Reduce Sentence 18 U.S.C. §3582(c)(2)." The government is respectfully requested to respond to this motion within thirty days.

IT IS SO ORDERED.

Joseph F. Anderson, Jr.
United States District Judge

June 19, 2012
Columbia, South Carolina